UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. LANG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,<br><br>    Defendants. | Civil Action No. 13 Civ. 5852 (AT) |
| DENNIS FEIGHAY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, WILLIAM E. HITSELBERGER, and WILLIAM F. DOVE,<br><br>    Defendants. | Civil Action No. 13 Civ. 6181 (AJN) |
| SANJU SHARMA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,<br><br>    Defendants. | Civil Action No. 13 Civ. 7085 (LLS) |

**NOTICE OF MOTION OF THE UNIVERSITY OF
PUERTO RICO RETIREMENT SYSTEM'S MOTION TO CONSOLIDATE,
<u>APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL</u>**

177881-1

PLEASE TAKE NOTICE that on such time and date as shall be determined by the Court, attorneys for the University of Puerto Rico Retirement System ("UPR") shall move, before the Hon. Analisa Torres, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York, 10007, pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a), and Federal Rule of Civil Procedure 42(a), for entry of an order (a) consolidating the above-referenced three pending class actions recently filed against Tower Group International, Ltd., (b) appointing UPR as Lead Plaintiff on behalf of a class of investors in Tower Group common stock, and (c) approving UPR's selection of Wolf Popper LLP to serve as Lead Counsel.

PLEASE TAKE FURTHER NOTICE that UPR shall rely upon this Notice of Motion, the Memorandum of Law in Support of its Motion, and the Declaration of Robert C. Finkel in Support of its Motion, all exhibits thereto, opposition and reply memoranda of law, and oral argument.

PLEASE TAKE FURTHER NOTICE that counsel for UPR hereby requests oral argument.

Dated: October 21, 2013
New York, New York

           Respectfully submitted,

           WOLF POPPER LLP

           By:  */s/ Robert C. Finkel*
           Marian P. Rosner
           Robert C. Finkel
           Natalie M. Mackiel
           845 Third Avenue
           New York, NY 10022
           Tel.:   (212) 759-4600
           Fax:   (212) 486-2093
           rfinkel@wolfpopper.com

177881-1