```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. LANG, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,<br><br>      Defendants. | Civil Action No. 13-CV-5852 (AT)<br><br>CLASS ACTION<br><br>ECF CASE |
| DENNIS FEIGHAY, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, WILLIAM E. HITSELBERGER, and WILLIAM F. DOVE,<br><br>      Defendants. | Civil Action No. 13-CV-6181 (AT)<br><br>CLASS ACTION<br><br>ECF CASE |
| SANJU SHARMA, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,<br><br>      Defendants. | Civil Action No. 13-CV-7085 (AT)<br><br>CLASS ACTION<br><br>ECF CASE |

## ORDER FOR ADMISSION PRO HAC VICE OF RICHARD D. BERNSTEIN

    The motion of Richard D. Bernstein for admission to practice *pro hac vice* in the above-captioned actions is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and that his contact information is as follows:

> Richard D. Bernstein
> Willkie Farr & Gallagher LLP
> 1875 K Street, NW
> Washington, DC 20006
> (202) 303-1000
> rbernstein@willkie.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Tower Group International, Ltd., Michael H. Lee, and William E. Hitselberger in the above-captioned actions:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned actions in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: December 12, 2013
New York, New York

_____
ANALISA TORRES
United States District Judge