UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TOWER GROUP INTERNATIONAL,
LTD. SECURITIES LITIGATION

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/15
```

13 Civ. 5852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By joint letter dated June 22, 2015, Lead Plaintiffs and Defendants Tower Group, Inc., Tower Group International, Ltd., ACP Re Ltd., Michael H. Lee, and William E. Hitselberger (collectively, the "Tower Defendants") inform the Court that they "have reached an agreement in principle to settle the outstanding claims against the Tower Defendants." ECF No. 144. In light of this settlement, the Tower Defendants' motion to dismiss is withdrawn. The motion for preliminary approval shall be filed by **July 22, 2015**.

The Clerk of Court is directed to terminate the motion at ECF No. 122.

SO ORDERED.

Dated: June 22, 2015
        New York, New York

_____
ANALISA TORRES
United States District Judge